United States District Court
Southern District of Texas
**ENTERED**
February 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE LUIS GONZALEZ, § § Plaintiff, § § VS. § CIVIL ACTION NO. 1:21-CV-040 § KILOLO KIJAKAZI, § § Defendant. § | |

# ORDER

Plaintiff Jorge Luis Gonzalez filed this petition for review after the Commissioner of Social Security denied him disability benefits based on an Administrative Law Judge's findings. (Complt., Doc. 1) After the administrative transcript record was fully developed, a United States Magistrate Judge requested dispositive briefing from Gonzalez. (Order, Doc. 12) In response, Gonzalez and the Commissioner each filed a motion for summary judgment. (Plaintiff's MSJ, Doc. 15; Defendant's MSJ and Brief in Support, Docs. 16 and 17)

The Magistrate Judge recommends that Gonzalez's petition for review be granted. (R&R, Doc. 19) No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 19). It is:

**ORDERED** that Plaintiff Jorge Luis Gonzalez's Motion for Summary Judgment (Doc. 15) is **GRANTED**;

**ORDERED** that Defendant's Motion for Summary Judgment (Doc. 16) is **DENIED**; and

**ORDERED** that Plaintiff Jorge Luis Gonzalez's Petition for Review is **GRANTED**, the final decision of the Commissioner of Social Security Administration is **VACATED,** and this case is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings consistent with this Order and the adopted Report and Recommendation.

This Order is final and appealable.

The Clerk of Court is directed to close this matter.

Signed on February 2, 2022.

                                                                  _____
                                                                  Fernando Rodriguez, Jr.
                                                                  United States District Judge